No. 309.   CLARK, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, *v.* KIND ET AL., TRUSTEES; and

No. 326.   KIND ET AL., TRUSTEES, *v.* CLARK, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN.   Certiorari denied. *Solicitor General Perlman* for petitioner in No. 309, with whom *Assistant Attorney General Bazelon, M. S. Isenbergh, Stanley M. Silverberg* and *Joseph W. Bishop, Jr.* were on the brief for respondent in No. 326.   *Arnold T. Koch* for petitioners in No. 326.

No. 316.   MAY DEPARTMENT STORES CO., DOING BUSINESS AS FAMOUS-BARR CO., *v.* NATIONAL LABOR RELATIONS BOARD.   Certiorari denied. *Milton H. Tucker* and *Robert T. Burch* for petitioner. *Solicitor General Perlman, John R. Benney, Robert N. Denham, David P. Findling* and *Ruth Weyand* for respondent.

No. 317.   DELIS *v.* PAPPAS ET AL., DOING BUSINESS AS PAPPAS & CO.   Certiorari denied. *James C. Purcell* for petitioner. *G. L. Aynesworth* and *L. Nelson Hayhurst* for respondents.

No. 318.   MISHAWAKA RUBBER & WOOLEN MANUFACTURING CO. *v.* S. S. KRESGE CO.   Certiorari denied. *Henry M. Huxley, E. Manning Giles, Jr., Thomas S. Donnelly* and *George L. Wilkinson* for petitioner. *William B. Giles* for respondent.

No. 319.   STEINBERG *v.* UNITED STATES.   Certiorari denied. *W. B. Harrell* for petitioner. *Solicitor General Perlman, Helen R. Carloss, Ellis N. Slack* and

*John H. Mitchell* for the United States. *Clarence N. Goodwin* filed a brief, as *amicus curiae,* supporting the petition.

No. 328.  ADAMSTON FLAT GLASS Co. *v.* COMMISSIONER OF INTERNAL REVENUE.  Certiorari denied. *Charles W. Moxley* for petitioner. *Solicitor General Perlman, Helen R. Carloss* and *L. W. Post* for respondent.

No. 330.  HOOKER *v.* NEW YORK LIFE INSURANCE Co.  Certiorari denied. *Herbert M. Lautmann* and *Isaac E. Ferguson* for petitioner. *John E. MacLeish* for respondent.

No. 332.  COCA-COLA Co. *v.* SNOW CREST BEVERAGES, INC.  Certiorari denied. *Hugh D. McLellan* and *K. Wilson Corder* for petitioner. *Edward F. McClennen* for respondent.

No. 333.  VON PATZOLL *v.* UNITED STATES;
No. 334.  BRANDON *v.* UNITED STATES;
No. 335.  FEEZELL *v.* UNITED STATES; and
No. 336.  EVANS *v.* UNITED STATES.  Certiorari denied. *Earl Pruet* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 339.  KNOTT CORPORATION *v.* FURMAN.  Certiorari denied. *F. M. Schlater* and *John W. Oast, Jr.* for petitioner. *Edward R. Baird* and *George M. Lanning* for respondent.